IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AYA HEALTHCARE SERVICES, INC. and AYA HEALTHCARE, INC., | 8:19CV75 |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| AMN HEALTHCARE, INC.; AMN HEALTHCARE SERVICE, INC.; AMN SERVICES, LLC; MEDEFIS, INC.; and SHIFTWISE, INC., | |
| Defendants. | |

This matter is before the Court on two "Notice[s] of Withdrawal of Application for an Order to Show Cause Why Contempt Citation Should Not Issue" (Filing Nos. 12 and 13) filed by plaintiffs Aya Healthcare Services, Inc. and Aya Healthcare, Inc. (collectively, "Aya Healthcare"). Aya Healthcare has filed suit against defendants AMN Healthcare, Inc., AMN Healthcare Services, Inc., AMN Services, LLC, Medefis, Inc., and Shiftwise, Inc. (collectively, "AMN Healthcare") in the United States District Court for the Southern District of California ("underlying action").

As part of that underlying action, Aya Healthcare alleges they served subpoenas on nonparties OneStaff Medical ("OneStaff") and Triage Staffing ("Triage"), but that OneStaff and Triage failed to comply. Aya Healthcare asked this Court to enter Orders to Show Cause why contempt citations should not issue against them (Filing Nos. 3 and 9), *see* Fed. R. Civ. P. 45(c) and (g), which was done by the magistrate judge (Filing Nos. 10 and 11).

Aya Healthcare has now indicated to the Court that both OneStaff and Triage have complied with the subpoenas and "withdraw" the applications for Orders to Show Cause.

To the extent that they are motions, Aya Healthcare's two "Notice[s] of Withdrawal of Application for an Order to Show Cause Why Contempt Citation Should Not Issue" (Filings No. 12 and 13) are granted. Given that compliance with the subpoenas was the only issue before the Court, this case is closed.

IT IS SO ORDERED.

Dated this 3rd day of July 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge